**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| DAVID MARTINEZ, | ) |
| | )    **Case 1:13-cv-00186** |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GC SERVICES, LP., | ) |
| | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, DAVID MARTINEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: April 8, 2013     Respectfully Submitted,

                            By: /s/ Charles N. Lakins
                            Charles N. Lakins, Esq.
                            P.O. Box 91357
                            Albuquerque, NM 87199
                            (505) 404-9377
                            Fax – (877) 604-8340

                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

>By: /s/ Charles N. Lakins
>Charles N. Lakins, Esq