**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| DAVID MARTINEZ,                )<br>                                           )<br>            Plaintiff,             )<br>                                           )<br>v.                                       )<br>                                           )<br>GC SERVICES, LP.,            )<br>                                           )<br>                                           )<br>            Defendant.          ) | **Case 1:13-cv-00186** |

## NOTICE OF VOLUNTARY DISMISSAL

DAVID MARTINEZ (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

Dated: April 22, 2013        Respectfully Submitted,

                                              By: /s/ Charles N. Lakins
                                              Charles N. Lakins, Esq.
                                              P.O. Box 91357
                                              Albuquerque, NM 87199
                                              (505) 404-9377
                                              Fax – (877) 604-8340

                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Charles N. Lakins
Charles N. Lakins, Esq